IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIM MARIE JOHNSON f/k/a<br>KIM MARIE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE<br>BACKGROUND SERVICES,<br>CORP. and TVS TENANT<br>VERIFICATION SERVICE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO. 1:17-cv-3985-CAP-JFK |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties to the captioned case hereby stipulate to the dismissal, with prejudice, of all claims asserted therein. The Parties shall each bear their own costs and attorneys fees.

Respectfully submitted, this 11th day of January, 2018.


[Signatures appear on the next page]

*s/ Craig E. Bertschi*
Craig E. Bertschi
Georgia Bar No. 055739
678.999.1102
ceb@mcraebertschi.com

**MCRAE BERTSCHI LLC**
Suite 200, 1350 Center Drive
Dunwoody, Georgia 30338

*Counsel for Plaintiff*

*s/ Charles H. Crawford III*
Charles H. Crawford III
Georgia Bar No. 153073

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212
crawfordc@gtlaw.com

*Attorney for Defendant TVS Tenant Verification Service, Inc.*

*s/ Henry R. Chalmers*
Henry R. Chalmers
Georgia Bar No. 118715
henry.chalmers@agg.com

Edward P. Cadagin
Georgia Bar No. 647699
edward.cadagin@agg.com
**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: 404-873-8500
Facsimile: 404-873-8501

*Counsel for Defendant First Advantage Background Services, Corp.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KIM MARIE JOHNSON f/k/a KIM MARIE BROWN, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:17-cv-3985-CAP-JFK |
| FIRST ADVANTAGE BACKGROUND SERVICES, CORP. and TVS TENANT VERIFICATION SERVICE, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

In compliance with Fed. R. Civ. P. 5(b), I hereby certify that on the date listed below, I filed the foregoing document using the CM/ECF electronic filing system maintained by the United States District Court for the Northern District of Georgia and thereby effectuated service of said document on all parties under LR 5.1A.

This 11th day of January, 2018.

*/s Craig E. Bertschi*
Craig E. Bertschi

3

4